**No. 10-10681. Carmine Sauchelli, Petitioner v. United States Postal Service, et al.**

565 U.S. 1075, 132 S. Ct. 802, 181 L. Ed. 2d 513, 2011 U.S. LEXIS 8371.

November 28, 2011. Petition for rehearing denied.

Former decision, 565 U.S. 843, 132 S. Ct. 158, 181 L. Ed. 2d 73, 2011 U.S. LEXIS 6471.